APRIL 4, 1977

No. 76–1102. AVCO COMMUNITY DEVELOPERS, INC. v. SOUTH COAST REGIONAL COMMISSION ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1112. RALPH WILLIAMS' NORTHWEST CHRYSLER PLYMOUTH, INC., ET AL. v. WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 75–5800. SONGER, AKA BERRY v. FLORIDA. Sup. Ct. Fla. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Gardner* v. *Florida, ante,* p. 349.

No. 76–859. HAZELWOOD CHRONIC & CONVALESCENT HOSPITAL, INC., DBA KEARNEY STREET CONVALESCENT CENTER v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Califano* v. *Sanders, ante,* p. 99.

No. D–90. IN RE DISBARMENT OF BUSHMAN. Disbarment entered. [For earlier order herein, see 429 U. S. 955.]

No. D–100. IN RE DISBARMENT OF OOMS. It is ordered that Owen Jennings OOMS, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.